1  Phillip A. Talbert
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6
   Attorneys for Plaintiff
7  United States of America              

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,              CASE NO. 1:22-cr-00154-DAD-BAM
12
                       Plaintiff,         MOTION AND PROPOSED ORDER TO
13                                        SEAL INDICTMENT
           v.
14
   KENNETH JAY LAITMAN aka John
15 Roosevelt Rodman
16
                       Defendants.
17
18
19     The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

20 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

21 on May 26, 2022 charging the above defendant with violation of 18 U.S.C. § 1542 – False

22 Statement in an Application for a Passport; 18 U.S.C. § 982(a)(6) – Criminal Forfeiture, be

23 kept secret until the defendant named in this Indictment is either in custody or has been

24 given bail on these offenses; and further order that until such time as the defendant is in

25 custody or has been given bail, that no person shall disclose the finding of the Indictment

26 or any warrants issued pursuant thereto, except when necessary for the issuance and

27 / / /

28 / / /

1  execution of the warrants.

3  DATED: May 26, 2022                Respectfully submitted,

                                      PHILLIP A, TALBERT
                                      United States Attorney

                              By      /s/ JOSEPH BARTON
                                      JOSEPH BARTON
                                      Assistant U.S. Attorney

   IT IS SO ORDERED.

Dated:  May 26, 2022                  _____
                                      STANLEY A. BOONE
                                      U.S. Magistrate Judge