PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JAY LAITMAN, aka John Roosevelt Rodman,<br><br>　　　　　　Defendant. | CASE NO. 1:22-CR-00154-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL CASE |

　　　The government moves this Court to unseal the Indictment and all other filings in this case. The government has informed Mr. Laitman's counsel that Mr. Laitman has been indicted and that a warrant has been issued for his arrest. The parties are arranging for Mr. Laitman to self-surrender to authorities on June 30, 2022. Therefore, the case should be unsealed to advise Mr. Laitman of the charges against him in open court.

Dated: June 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>    v.<br><br>KENNETH JAY LAITMAN, aka John Roosevelt Rodman,<br><br>                Defendant. | CASE NO. 1:22-CR-00154-DAD-BAM<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 6/29/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2