PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. KENNETH LAITMAN, aka John Rodman Defendant. | Case No. 1:22-cr-00154-ADA-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 25, 2023, at 1:00 p.m., may be continued until April 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through April 12, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 17, 2023        */s/ Erin Snider*
                                Erin Snider
                                Counsel for the Defendant

Dated:  January 17, 2023        */s/ Joseph Barton*
                                JOSEPH BARTON
                                Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. KENNETH LAITMAN, aka John Rodman Defendant. | Case No. 1:22-cr-00154-ADA-BAM ORDER |
|---|---|

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 25, 2023, at 1:00 p.m., is continued until **April 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through April 12, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**January 18, 2023**__          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

3