HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KENNETH JAY LAITMAN
*also known as* John Roosevelt Rodman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH JAY LAITMAN, *also known as* John Roosevelt Rodman,<br><br>Defendant. | Case No. 1:22-cr-00154-ADA-BAM<br><br>**[AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   July 26, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Kenneth Jay Laitman, also known as John Roosevelt

Rodman, that the status conference currently scheduled for April 12, 2023, at 1:00 p.m. may be

continued to July 26, 2023, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a status conference on April 28, 2023.

2.      The government has produced 8,089 bates-marked items in this matter.

3.      Counsel for the defendant requires additional time to review discovery, consult

with her client regarding the case, and conduct necessary investigation.

4.      Counsel for the defendant believes that failure to grant the above-requested

1    continuance would deny her the reasonable time necessary for effective preparation, taking into

2    account the exercise of due diligence.

3         5.    The government does not object to the continuance.

4         6.    Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7         7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8    *et seq.*, within which trial must commence, the time period of April 12, 2023, to July 26, 2023,

9    inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

10        **IT IS SO STIPULATED.**

11                                    Respectfully submitted,

12
                                      PHILLIP A. TALBERT
13                                    United States Attorney

14   Date: April 5, 2023             */s/ Joseph Barton*
                                      JOSEPH BARTON
15                                    Assistant United States Attorney
                                      Attorney for Plaintiff
16

17                                    HEATHER E. WILLIAMS
                                      Federal Defender
18

19   Date: April 5, 2023             */s/ Erin Snider*
                                      ERIN SNIDER
20                                    Assistant Federal Defender
                                      Attorney for Defendant
21                                    KENNETH JAY LAITMAN, also known as
                                      John Roosevelt Rodman
22

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Laitman, AKA Rodman  – Stipulation to Continue Status        2
Conference

1

## <u>ORDER</u>

2         IT IS SO ORDERED that the status conference is continued from April 12, 2023, to **July**

3    **26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.   Time is excluded

4    pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

5

6    IT IS SO ORDERED.

7         Dated:   __**April 5, 2023**__                    ___/s/ *Barbara A. McAuliffe*___

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28