1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH JAY LAITMAN
7  *also known as* John Roosevelt Rodman

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00154-ADA-BAM |
    |---|---|
12  | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
13  | vs. | |
    | | Date:   October 11, 2023 |
14  | KENNETH JAY LAITMAN, *also known as* John Roosevelt Rodman, | Time:  1:00 p.m. |
    | | Judge: Hon. Barbara A. McAuliffe |
15  | | |
16  | Defendant. | |

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Kenneth Jay Laitman, also known as John Roosevelt

20  Rodman, that the status conference currently scheduled for July 26, 2023, at 1:00 p.m. may be

21  continued to October 11, 2023, at 1:00 p.m.

22         The parties agree and request that the Court make the following findings:

23         1.     By previous order, this matter was set for a status conference on July 26, 2023.

24         2.     The government has produced 8,089 bates-marked items in this matter.

25         3.     On June 26, 2023, the government extended a plea offer.

26         4.     Counsel for the defendant requires additional time to review discovery, consult

27  with her client regarding the case, conduct necessary investigation, and engage in further plea

28  negotiations.

1  5. Counsel for the defendant believes that failure to grant the above-requested
2  continuance would deny her the reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.
4  6. The government does not object to the continuance.
5  7. Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8  8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  *et seq.*, within which trial must commence, the time period of July 26, 2023, to October 11, 2023,
10 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).
11 **IT IS SO STIPULATED.**
12 Respectfully submitted,
13
14 PHILLIP A. TALBERT
   United States Attorney
15 Date: July 19, 2023     */s/ Joseph Barton*
                           JOSEPH BARTON
16                         Assistant United States Attorney
                           Attorney for Plaintiff
17
18                         HEATHER E. WILLIAMS
                           Federal Defender
19
20 Date: July 19, 2023     */s/ Erin Snider*
                           ERIN SNIDER
21                         Assistant Federal Defender
                           Attorney for Defendant
22                         KENNETH JAY LAITMAN, also known as
                           John Roosevelt Rodman
23
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

# **ORDER**

IT IS SO ORDERED that the status conference is continued from July 26, 2023, to **October 11, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 19, 2023**                    /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE