1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     KENNETH JAY LAITMAN
7    *also known as* John Roosevelt Rodman

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:22-cr-00154-ADA-BAM

12              Plaintiff,                 **STIPULATION TO CONTINUE STATUS
                                           CONFERENCE; ORDER**
13   vs.
                                           Date:  December 13, 2023
14   KENNETH JAY LAITMAN, *also*           Time:  1:00 p.m.
     *known as* John Roosevelt Rodman,     Judge: Hon. Barbara A. McAuliffe
15
                Defendant.
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19   Federal Defender Erin Snider, counsel for Kenneth Jay Laitman, also known as John Roosevelt

20   Rodman, that the status conference currently scheduled for October 11, 2023, at 1:00 p.m. may

21   be continued to December 13, 2023, at 1:00 p.m.

22        The parties agree and request that the Court make the following findings:

23        1.    By previous order, this matter was set for a status conference on July 26, 2023.

24        2.    The government has produced 8,089 bates-marked items in this matter.

25        3.    The government has extended a plea offer.

26        4.    Counsel for the defendant requires additional time to review discovery, consult

27   with her client regarding the case, conduct necessary investigation, and engage in further plea

28   negotiations.

5.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.      The government does not object to the continuance.

7.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 11, 2023, to December13, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 4, 2023          */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 4, 2023          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
KENNETH JAY LAITMAN, also known as
John Roosevelt Rodman

/ / /
/ / /
/ / /
/ / /
/ / /

Laitman, AKA Rodman  – Stipulation to Continue Status Conference          2

1

**ORDER**

2          IT IS SO ORDERED that the status conference is continued from October 11, 2023, to

3    **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.   Time is

4    excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

5

IT IS SO ORDERED.

6

7     Dated:   __October 4, 2023__          ___/s/ *Barbara A. McAuliffe*___

                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Laitman, AKA Rodman  – Stipulation to Continue Status            3
Conference