1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH JAY LAITMAN
7  *also known as* John Roosevelt Rodman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00154-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| KENNETH JAY LAITMAN, *also known as* John Roosevelt Rodman, | Date:  January 16, 2024<br>Time:  8:30 a.m.<br>Judge: Hon. Charles R. Breyer |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Kenneth Jay Laitman, also known as John Roosevelt Rodman, that the Court may vacate the status conference currently scheduled for December 13, 2023, at 1:00 p.m. and set a change-of-plea hearing on January 16, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on December 13, 2023, at 1:00 p.m.

2. The parties have reached a tentative resolution to resolve the case.

3. The parties therefore request that the Court vacate the December 13, 2023 status conference and set a change-of-plea hearing on January 16, 2024, at 8:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

1  *et seq.*, within which trial must commence, the parties agree that the time period of December 13,
2  2023, to January 16, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and
3  (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case
4  as requested outweigh the interest of the public and the defendant in a trial within the original
5  date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel
6  and the delay results from defense counsel's continued review of discovery and case assessment,
7  defense counsel's need to review the plea agreement with her client, and the court's
8  consideration of the plea agreement.

9  **IT IS SO STIPULATED.**

10                                               Respectfully submitted,

11
                                              PHILLIP A. TALBERT
12                                               United States Attorney

13 Date: December 6, 2023          */s/ Joseph Barton*
                                              JOSEPH BARTON
14                                               Assistant United States Attorney
                                              Attorney for Plaintiff
15

16                                               HEATHER E. WILLIAMS
                                              Federal Defender
17

18 Date: December 6, 2023          */s/ Erin Snider*
                                              ERIN SNIDER
19                                               Assistant Federal Defender
                                              Attorney for Defendant
20                                               KENNETH JAY LAITMAN, also known as
                                              John Roosevelt Rodman
21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# O R D E R

**IT IS SO ORDERED.** The status currently scheduled for December 13, 2023, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **January 16, 2024, at 8:30 a.m. before the District Court Judge**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 13, 2023, to January 26, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 6, 2023**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE