HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KENNETH LAITMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH LAITMAN,<br><br>Defendant. | Case No. 1:22-cr-00154-NODJ-BAM<br><br>*AMENDED* STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:   June 5, 2024<br>Time:  8:30 a.m.<br>Judge: NODJ |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Kenneth Laitman, that the Court may continue the sentencing hearing currently scheduled for April 29, 2024, at 8:30 a.m. to June 5, 2024, at 8:30 a.m. before the District Judge.

Mr. Laitman entered a guilty plea to the sole count in the Indictment on January 16, 2024. ECF #95. At that time, the Court set the matter for sentencing on April 29, 2024, at 8:30 a.m. *Id*. The probation officer filed the draft Presentence Investigation Report on March 18, 2024, and the final Presentence Investigation Report on April 5, 2024. ECF #96.

Undersigned defense counsel requires additional time to obtain documents relevant to sentencing. The government does not oppose a continuance of the sentencing hearing to June 5, 2024.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date: April 17, 2024              */s/ Joseph Barton*
                                      JOSEPH BARTON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: April 17, 2024              */s/ Erin Snider*
                                      ERIN SNIDER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KENNETH LAITMAN


## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from April 29, 2024, to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **April 18, 2024**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE