1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH JAY LAITMAN
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:22-cr-00154-LL-BAM
12 |             Plaintiff,            | **STIPULATION AND ORDER REGARDING TRUE NAME**
13 | vs.                               |
14 | KENNETH JAY LAITMAN,              |
15 |             Defendant.            |
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Kenneth Jay Laitman, that the Court may enter an

20 order regarding the true name of the individual charged in the above-captioned matter.

21        The parties agree and request that the Court make the following findings:

22        1.     On May 26, 2022, the government filed an Indictment charging Kenneth Jay

23 Laitman, aka John Roosevelt Rodman, with making a false statement in an application for a

24 passport in violation of 18 U.S.C. § 1542.

25        2.     At the time of arraignment and at the request of defense counsel, the Court did not

26 make a true name finding.

27        3.     The parties now request that the Court make a true name finding.

28        4.     The evidence in the case establishes the following:

      a.    The true and correct name of the defendant charged in the above-captioned case is Kenneth Jay Laitman.

      b.    Mr. Laitman was born on October 25, 1943, in Brooklyn, New York.

5. The parties request that the Court enter an order making findings as to the defendant's true and correct name, birth date, and place of birth so that Mr. Laitman has proof of identity for the purpose of obtaining an identification card from the State of California.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 24, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 24, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
KENNETH JAY LAITMAN

## O R D E R

**IT IS SO ORDERED.** The Court hereby finds that the true and correct name of the defendant in the above-captioned case is Kenneth Jay Laitman, who was born on October 25, 1943, in Brooklyn, New York.

Date: 9/24/2024

Hon. Sheila K. Oberto
United States Magistrate Judge